IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MARK A. SMITH,<br><br>　　　　　　Defendant. | 8:22CR200<br><br>AMENDED ORDER |

　　　　This matter comes before the Court on defendant Mark A. Smith email motion (Filing No. 30) to continue the status conference scheduled for January 6, 2023.  The Court finds good cause to grant the continuance.  Accordingly,

　　　　**IT IS ORDERED** that the text email motion (Filing No. 30) is granted, and the order at Filing No. 28 is amended as follows**:**

1. On or before **December 14, 2022**, the government shall file its brief in opposition to the defendant's motion.  See NECrimR 12.3(c).

2. On or before **December 21, 2022**, the parties shall meet and confer to resolve any issues not requiring an evidentiary hearing, agree upon any factual stipulations to be presented to the court, and discuss proposed exhibits and witnesses.

3. On or before **December 28, 2022**, the parties shall deliver to the undersigned's chambers via email to nelson@ned.uscourts.gov or hand delivery their proposed witness list(s), exhibit list(s), and copies of all exhibits.

4. A telephone status conference to discuss prehearing matters and the scheduling of an evidentiary hearing will be held before the undersigned magistrate judge on **January 12, 2023, at 11:30 a.m.** Conferencing instructions are located at Filing No. 29.

　　　　Dated this 1st day of December, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　s/Michael D. Nelson
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge